DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LAUREN D. CUSICK, Bar #CA 257570
Assistant Federal Defender
JARED W. STEPHENSON
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
CARLOS GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARLOS GONZALEZ, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CRS 09-338-KJM <br><br> **STIPULATION AND ORDER** <br><br> DATE: October 1, 2009 <br> TIME: 10:00 a.m. <br> JUDGE:Hon. Kimberly J. Mueller |

   It is hereby stipulated and agreed to between the United States of America through MATTHEW STEGMAN, Assistant U.S. Attorney, and defendant, CARLOS GONZALEZ, by and through his counsel, LAUREN CUSICK, Assistant Federal Defender, that the trial confirmation hearing set for Thursday, October 1, 2009 and jury trial set for Monday, October 19, 2009, be vacated and set for trial confirmation hearing on Thursday, November 12, 2009 at 10:00 a.m. and for jury trial on Monday, November 30, 2009 at 10:00 a.m.

   The parties agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the

1  public and the defendant in a speedy trial because the defense requires
2  more time to investigate recently discovered evidence.  18 U.S.C. §
3  3161(h)(7)(A).  The parties stipulate that for the purpose of computing
4  time under the Speedy Trial Act, the Court should exclude time from the
5  date of this order through November 23, 2009, for defense preparation
6  and investigation.  18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

8  DATED: September 30, 2009    Respectfully submitted,
9                               DANIEL J. BRODERICK
                                 Federal Defender
10

11                               /s/ Lauren D. Cusick
                                 LAUREN D. CUSICK
12                               Assistant Federal Defender
                                 Attorney for Defendant
13                               CARLOS GONZALEZ

14

15 DATED: September 30, 2009    LAWRENCE G. BROWN
                                 United States Attorney
16

17                               /s/ Matthew Stegman
                                 MATTHEW STEGMAN
18                               Assistant U.S. Attorney
                                 Attorney for Plaintiff
19

20

21                          **O R D E R**

22      **IT IS SO ORDERED.**

23 DATED:  September 30, 2009.

26                             U.S. MAGISTRATE JUDGE