```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LAUREN D. CUSICK, Bar #CA 257570
Assistant Federal Defender
JARED W. STEPHENSON
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
CARLOS GONZALEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CRS 09-338-KJM |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER CONTINUING** |
| v. | ) | **TRIAL CONFIRMATION HEARING AND** |
| | ) | **JURY TRIAL** |
| CARLOS GONZALEZ, | ) | |
| | ) | DATE: November 12, 2009 |
| Defendant. | ) | TIME: 10:00 a.m. |
| | ) | JUDGE: Hon. Kimberly J. Mueller |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through MATTHEW STEGMAN, Assistant U.S. Attorney, and defendant, CARLOS GONZALEZ, by and through his counsel, LAUREN CUSICK, Assistant Federal Defender, that the trial confirmation hearing set for Thursday, November 12, 2009 and jury trial set for Monday, November 30, 2009, be vacated and set for trial confirmation hearing on Thursday, February 11, 2010 at 10:00 a.m. and for jury trial on Monday, March 1, 2010 at 10:00 a.m.

The parties agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the

1 public and the defendant in a speedy trial because the defense requires
2 more time to investigate.  18 U.S.C. § 3161(h)(7)(A).
3     The parties stipulate that for the purpose of computing time under
4 the Speedy Trial Act, the Court should exclude time from the date of
5 this order through February 11, 2010, for defense preparation and
6 investigation.  18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

8 DATED: November 5, 2009           Respectfully submitted,
9                                   DANIEL J. BRODERICK
                                    Federal Defender
11                                  /s/ Lauren D. Cusick
                                    LAUREN D. CUSICK
12                                  Assistant Federal Defender
                                    Attorney for Defendant
13                                  CARLOS GONZALEZ

15 DATED:  November 5, 2009         LAWRENCE G. BROWN
                                    United States Attorney

                                    /s/ Heiko Coppola for
                                    _____
                                    MATTHEW STEGMAN
18                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff

21                              **O R D E R**
22    **IT IS SO ORDERED.**
23 DATED: November 10, 2009.

                                    _____
                                    U.S. MAGISTRATE JUDGE

2