```
DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
JARED W. STEPHENSON
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CARLOS GONZALEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>            Plaintiff,        )<br>                              )<br>       v.                     )<br>                              )<br> CARLOS GONZALEZ,             )<br>                              )<br>            Defendant.        )<br> _____ ) | No. CRS 09-338-KJM<br><br>STIPULATION AND ORDER TO VACATE<br>JURY TRIAL AND TO SET BRIEFING<br>SCHEDULE ON MOTION TO DISMISS<br><br>Date:  February 25, 2010<br>Time:  10:00 a.m.<br>Judge: Hon. Kimberly J. Mueller |

   The United States of America, through Matthew Stegman, Assistant United States Attorney, together with defendant, CARLOS GONZALEZ, by counsel Lauren Cusick, Assistant Federal Defender, stipulate to vacate the trial confirmation hearing set for February 25, 2010, at 10:00 a.m. and the jury trial set for March 1, 2010 at 10:00 a.m., and set this case for a motion hearing on April 15, 2010 at 10:00 a.m., pursuant to the following briefing schedule.

1  The parties agree that the ends of justice served by granting
2 defendant's request for a continuance outweigh the best interest of the
3 public and the defendant in a speedy trial.  The parties stipulate that
4 for the purpose of computing time under the Speedy Trial Act, the Court
5 should exclude time from the date of this order through April 15, 2010,
6 for defense preparation.  18 U.S.C. § 3161(h)(8)(B)(iv) [Local Code
7 T4].  The parties further stipulate that the Court should exclude time
8 through April 15, 2010, for pretrial motions. 18 U.S.C. § 3161
9 (h)(1)(F) [Local Code E].
10  The parties stipulate to the following briefing schedule:
11  Government's Response due . . . . . . . . . . . March 26, 2010
12  Defendant's Reply due . . . . . . . . . . . . . April 9, 2010
13  Motion Hearing . . . . . . . . April 15, 2010 at 10:00 a.m.
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Stipulation and Order

-2-

1  The parties agree that the Court may set the jury trial following the
2  motion hearing.
3
4  Dated:   February 22, 2010
                                          Respectfully submitted,
5
                                          DANIEL J. BRODERICK
6                                         Federal Defender
7
8                                         /s/ Lauren Cusick
                                          LAUREN CUSICK
9                                         Assistant Federal Defender
                                          Attorney for Defendant
10                                        CARLOS GONZALEZ
11
12 Dated: February 19, 2010               BENJAMIN WAGNER
                                          United States Attorney
13
14                                        /s/ Matthew c. Stegman
                                          MATTHEW C. STEGMAN
15                                        Assistant U.S. Attorney
16
17
                                    ORDER
18
   IT IS SO ORDERED.
19
20 Dated: February 25, 2010.
21
22
23                                        U.S. MAGISTRATE JUDGE
24
25
26
27
28

   Stipulation and Order
                                       -3-