```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  NATHANIEL CLARK
    Certified Student, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2807
 6
                    THE UNITED STATES DISTRICT COURT
 7
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,      )    CR. NO. S-09-338-KJM
                                   )
10           Plaintiff,            )    GOVERNMENT'S MOTION TO DISMISS
                                   )    INFORMATION AND
11      v.                         )    ORDER
                                   )
12  CARLOS GONZALEZ,               )
                                   )    DATE:  April 15, 2010
13           Defendant.            )    TIME:  10:00 a.m.
    _____)    JUDGE: Hon. Kimberly J. Mueller
14
```

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing with prejudice Cr. No. S-09-338-KJM.

DATED: March 16, 2010                BENJAMIN B. WAGNER
                                     United States Attorney

                                 By: /s/ Matthew C. Stegman
                                     MATTHEW C. STEGMAN
                                     Assistant U.S. Attorney

                                ORDER

IT IS SO ORDERED:

DATED: March 19, 2010.

                                     _____
                                     U.S. MAGISTRATE JUDGE